

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

UNITED STATES OF AMERICA

VS.                                                                         CASE NO: 6:19-mj-1635

AHSHA NATEEF TRIBBLE

---

| | |
|---|---|
| DATE: | September 12, 2019 |
| | Your Case No.:    19-541 |
| TO: | United States District Court<br>District of Puerto Rico<br>150 Carlos Chandon Ave.<br>San Juan, PR 00018 |
| FROM: | Kim Anderson, Courtroom Deputy for<br>Gregory J. Kelly, United States Magistrate Judge<br>U.S. Courthouse<br>401 West Central Boulevard<br>Orlando, Florida 32801 |
| SUBJECT: | Rule 5(c) Proceedings |

The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

| | |
|---|---|
| INITIAL APPEARANCE: | September 10, 2019 |
| RELEASE/DETENTION: | Conditions of Release were set and the Defendant was released on bond. |
| SCHEDULED HEARING: | Upon notice by the charging district. |
| CHARGING DOCUMENT: | Indictment |

Enclosures- all original documents including defendant's passport.